# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAUREEN WARD, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHCARE SERVICES )<br>GROUP, INC., )<br>)<br>  Defendant. ) | CIVIL ACTION NO.<br>1:21-cv-01381-AT-CCB |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff Maureen Ward and Defendant Healthcare Services Group, Inc., by and through their undersigned counsel, and hereby give notice that the parties have reached a settlement in this matter. The parties expect to have the joint stipulation of dismissal filed within two weeks.

Respectfully submitted,

*/s/Douglas R. Kertscher*
Doug Kertscher
Georgia State Bar No. 416265
*Attorney for Plaintiff Maureen Ward*

**OF COUNSEL**
HILL KERTSCHER & WHARTON LLP
3350 Riverwood Parkway SE, Suite 800
Atlanta, Georgia 30339
Telephone: 770-953-0995
Facsimile: 770-953-1358
E-mail: drk@hkw-law.com

*/s/Carter H. Dukes*
Carter H. Dukes
Georgia Bar No.: 232460
*Attorney for HCSG East, LLC*

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Telephone:  (205) 251-2300
Facsimile:   (205) 251-6773
Email:        cdukes@scottdukeslaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MAUREEN WARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **1:21-cv-01381-AT-CCB** |
| **HEALTHCARE SERVICES** ) | |
| **GROUP, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically submitted the foregoing **JOINT NOTICE OF SETTLEMENT** to the Clerk of the Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record.

This 30th day of April, 2021.

>　　　　　　　　　　　　　　　*/s/ Douglas R. Kertscher*
>　　　　　　　　　　　　　　　Douglas R. Kertscher
>　　　　　　　　　　　　　　　(Georgia Bar No. 416265)
>
>　　　　　　　　　　　　　　　*Attorney for Plaintiff*